**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PAUL BROWN, | No. 07-74779 |
| Petitioner, | Agency No. A078-497-007 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 25, 2010[**]

Before:      CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

Paul Brown, a native and citizen of Jamaica, petitions pro se for review of

the Board of Immigration Appeals' order summarily affirming an immigration

judge's removal order. We have jurisdiction under 8 U.S.C. § 1252. We review de

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

novo questions of law, *Rendon v. Mukasey*, 520 F.3d 967, 971 (9th Cir. 2008), and we deny the petitions for review.

The record of conviction establishes that Brown was convicted of "Attempted Possession of Marijuana for Sale," a felony, in violation of Arizona Revised Statutes §§ 13-3401, 3405, 3418, 1001, 301, 302, 303, 304, 701, 702, 702.01, and 801. *See United States v. Snellenberger*, 548 F.3d 699, 702 (9th Cir. 2008) (en banc) (per curiam). The agency properly concluded that "Attempted Possession of Marijuana for Sale" contains a trafficking element and is therefore an aggravated felony under 8 U.S.C. § 1101(a)(43)(B). *See Rendon*, 520 F.3d at 975-76. Accordingly, the agency did not err in finding Brown removable.

**PETITION FOR REVIEW DENIED.**

07-74779